# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JAMES,<br><br>       Petitioner,<br><br>  v.<br><br>JARED D. LOZANO, Warden,<br><br>       Respondent. | Case No. LACV 19-10947-GW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

  Accordingly, IT IS ORDERED THAT:

  1.  The Report and Recommendation is approved and accepted;

  2.  Judgment be entered denying the Petition and dismissing this action with prejudice; and

  3.  The Clerk serve copies of this Order on the parties.

DATED: August 16, 2022

                    _____
                    HONORABLE GEORGE H. WU
                    UNITED STATES DISTRICT JUDGE