**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JAMES, | Case No. LACV 19-10947-GW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JARED D. LOZANO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 16, 2022

*/s/ George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE